# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MARC BARKER AND BARKER REAL
ESTATE COMPANY, LLC

NO.   2019 CW 1124

VERSUS

ROBERT W. MERRICK, WBR
EQUITIES, LLC, AND LATTER &
BLUM, INC.

DEC 2 3 2019

---

In Re:   Robert W. Merrick, WBR Equities, LLC, and Latter & Blum, Inc., applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 44531.

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**WRIT DENIED.** The exceptions of no cause of action and no right of action filed by Defendants, Robert W. Merrick and WBR Equities, LLC, as well as the exceptions of no cause of action and no right of action filed by Defendant, Latter & Blum, Inc., were rendered moot by the filing of the amended petition. See **Smith v. Cannon**, 43,964 (La. App. 2d Cir. 1/28/09), 2 So.3d 1227, 1230, <u>writ denied</u>, 2009-0668 (La. 6/19/09), 10 So.3d 734.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT